IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CHARLES E. BLAKE                                                                                    PETITIONER

V.                                                                                    NO. 4:20-CV-00103-DMB-RP

COMMISSIONER BURL CAIN                                                                    RESPONDENT

ORDER GRANTING ENLARGEMENT OF TIME

This matter comes before the Court upon the petitioner's motion for an enlargement of time to file any objections to the undersigned's Report and Recommendation in this matter.[1] Doc. # 19. Upon due consideration, the Court finds that the instant motion [19] will be **GRANTED**. Accordingly, the petitioner has an additional twenty-one (21) days from the date of this order in which to file any objections to the Report and Recommendation entered in this cause.

**SO ORDERED**, this the 1st day of March, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that there is reason to believe that the petitioner did not sign the instant motion himself. On February 25, 2021, the Court received a phone call from a Mississippi Department of Corrections employee who advised that another inmate had signed both the instant motion and the most recent acknowledgment of receipt. The Court cautions the petitioner that such actions are not permitted, and that only he may sign pleadings for cases in which he is the named plaintiff. *See* Fed. R. Civ. P. 11 (a).