IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES E. BLAKE**     **PETITIONER**

V.     **NO. 4:20-CV-103-DMB-RP**

**COMMISSIONER BURL CAIN**     **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 2, 2021, United States Magistrate Judge Roy Percy issued a Report and Recommendation ("R&R") recommending that the respondent's motion to dismiss[1] Charles E. Blake's petition for a writ of habeas corpus[2] be granted, that the petition be dismissed with prejudice as untimely filed, and that no certificate of appealability be issued. Doc. #17 at 6. No objections to the R&R were filed within the allowed time period.[3]

Under 28 U.S.C. § 636(b)(1), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

The Court has reviewed the R&R and finds that it is neither clearly erroneous nor contrary to law. Accordingly, the Report & Recommendation [17] is **ADOPTED** as the order of this Court; the motion to dismiss [10] is **GRANTED**; Blake's petition for a writ of habeas corpus [1] is

---

[1] Doc. #10.

[2] Doc. #1.

[3] Blake requested and was granted two extensions of time to file objections to the R&R. Docs. #20, #23.

**DISMISSED with prejudice**; and a certificate of appealability is **DENIED**. A final judgment will be issued separately.

    **SO ORDERED**, this 20th day of April, 2021.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**