IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES E. BLAKE**                                                              **PETITIONER**

**V.**                 **NO. 4:20-CV-103-DMB-RP**

**COMMISSIONER BURL CAIN**                                   **RESPONDENT**

## FINAL JUDGMENT

In accordance with the order entered this day, Charles E. Blake's petition for a writ of habeas corpus [1] is **DISMISSED with prejudice**. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 20th day of April, 2021.

                                                               /s/Debra M. Brown
                                                              **UNITED STATES DISTRICT JUDGE**